

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00400-CV

| | | |
|---|---|---|
| Estate of David Richard Tacke, Deceased | § | From County Court at Law |
| | § | of Hood County (P06982) |
| | § | April 2, 2015 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Anne Gardner            
        Justice Anne Gardner